IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CARLA BRENNER, ) | |
| Prison ID # 443202 ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:11-CV-00307 |
| CORRECTIONS CORPORATION, ) | |
| OF AMERICA, INC., ) | JURY OF 12 DEMANDED |
| THE METROPOLITAN GOV'T ) | |
| OF NASHVILLE/DAVIDSON, ) | District Judge Haynes |
| COUNTY, TENNESSEE, et al. ) | |
| Defendants. ) | Magistrate Judge Brown |

*[Handwritten: OKWSM, This motion to GRANTED 8-6-12]*

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**COMES NOW** Carla Brenner, by Counsel, and moves this Court for leave to file an Amended Complaint in this matter. In support of this matter the Plaintiff would state as follows:

1. That since the Complaint was filed in March 2011 she has discovered facts which give rises to additional claims and parties;

2. That she has only recently been able to find an attorney to assist her with her unique and troubling situation; and,

3. That she remains determined to move this matter forward for the protection of herself and other similarly situated inmates.

THEREFORE, Plaintiff prays this Honorable Court for the following relief:

1. An Order accepting the Amended Complaint as filed;

2. An Order allowing service of process to issue against CCA; and,