IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CARLA BRENNER, ) | |
| Prison ID # 443202 ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:11-CV-00307 |
| CORRECTIONS CORPORATION, ) | |
| OF AMERICA, INC., ) | JURY OF 12 DEMANDED |
| THE METROPOLITAN GOV'T ) | |
| OF NASHVILLE/DAVIDSON, ) | District Judge Haynes |
| COUNTY, TENNESSEE, et al. ) | |
| Defendants. ) | Magistrate Judge Brown |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW Carla Brenner, by Counsel, and moves this Court for leave to file an Amended Complaint in this matter. In support of this matter the Plaintiff would state as follows:

1. That since the Complaint was filed in March 2011 she has discovered facts which give rises to additional claims and parties;

2. That she has only recently been able to find an attorney to assist her with her unique and troubling situation; and,

3. That she remains determined to move this matter forward for the protection of herself and other similarly situated inmates.

THEREFORE, Plaintiff prays this Honorable Court for the following relief:

1. An Order accepting the Amended Complaint as filed;

2. An Order allowing service of process to issue against CCA; and,