```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
         NASHVILLE DIVISION
```

| | |
|---|---|
| CARLA BRENNER ) | |
| Prison ID 443202, ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 3:11-0307 |
| v. ) | Judge Haynes/Brown |
| ) | **Jury Demand** |
| CORRECTIONS CORPORATION ) | |
| OF AMERICA, INC., *et al.*, ) | |
| ) | |
| Defendants ) | |

## **O R D E R**

A motion to stay was filed at 2:53 p.m. on October 3, 2013. In the Federal Rules of Civil Procedure and the Court's Local Rules the responding party has 14 days plus three days to respond, whether the motion was served by mail or by ECF system.[1] A response was therefore due on October 21, 2013, since the 17th day fell on a Sunday.

With all due respect, filing a motion to ascertain status two days after it is due is not appropriate, absent some true emergency. The Magistrate Judge has a lot of other cases to work on besides this one. The motion to ascertain status (Docket Entry 63) is **GRANTED**. The Magistrate Judge will work on it in due course.

Plaintiff is cautioned that there are motions for summary judgment pending (Docket Entries 46 and 53), which must be responded to in the time provided, absent good cause shown. Counsel

---

[1] Why the Federal Rules add three days for matters served by electronic means through the ECF system makes no sense to the Magistrate Judge, but nevertheless it is the rule *(see* Rule 6(d)).

will be well advised to direct his attention to these motions, which are critical to his case.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge