IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CARLA BRENNER, a/k/a LAMONDA FULLER, a/k/a LAMOND FULLER, ) ) ) | |
| Plaintiff, ) | |
| ) | No. 3:11-CV-307 |
| v. ) | |
| ) | Judge Haynes |
| CORRECTIONS CORPORATION OF ) | |
| AMERICA, INC. and METROPOLITAN ) | Magistrate Judge Brown |
| GOVERNMENT OF NASHVILLE AND ) | |
| DAVIDSON COUNTY, TENNESSEE ) | JURY DEMAND |
| ) | |
| Defendants. ) | |

**DEFENDANT THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO STAY DISCOVERY**

The defendant the Metropolitan Government of Nashville and Davidson County, Tennessee ("Metropolitan Government") respectfully seeks leave to file the attached Reply Brief in further support of its Motion to Stay Discovery (Docket No. 61). The proposed reply will further aid the Court in addressing the only issue raised in the Metropolitan Government's Motion to Stay Discovery, e.g., that discovery should be stayed while the Court determines whether the plaintiff satisfied the requirement of the Prison Litigation reform Act to exhaust her available administrative remedies before she brought this action. The reply will also help clarify that the argument contained in the Plaintiff's Response (Docket No. 67) is not germane to the issue raised in the Motion to Stay Discovery.

**ORDER**
**Motion Granted** ; the Clerk will file the attached reply.
/S/ Joe B. Brown
**JOE B. BROWN**
**Magistrate Judge**

1