UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CARLA BRENNER # 443202, <br> aka LAMONDA FULLER <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONS CORPORATION OF <br> AMERICA, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) No. 3-11-00307 <br> ) Chief Judge Haynes <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Before the Court is is the Magistrate Judge's Report and Recommendation (Docket Entry No. 91) to grant Defendant Metropolitan Government of Nashville and Davidson County's motion for summary judgment (Docket Entry No. 53), to deny Defendant Corrections Corporation of America's motion for summary judgment (Docket Entry No. 46) as moot and to dismiss Plaintiff's federal claims with prejudice and to dismiss Plaintiff's state law claims without prejudice. Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**, Defendant Metro's motion for summary judgment (Docket Entry No. 53) is **GRANTED** and Defendant CCA's motion for summary judgment (Docket Entry No. 46) is **DENIED as moot**. Plaintiff's federal claims are **DISMISSED with prejudice** and Plaintiff's state law claims are **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 15th day of August, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge